O
JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC GEE, | Case No. CV 18-2717 JGB (PVC) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| NICHOLAS GALLARDO, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated:  September 30, 2020

JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE